UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

THE INDEPENDENCE PROJECT, INC., )
and )
JOHN MEGGS, )
                                                        )
      Plaintiffs, )
                                                        )   Case No. 4:18-cv-01672-RWS
vs. )
                                                        )
BLUM ASSOCIATES, LLC, )
      Defendant. )
                                                        )

*So Ordered* /s/ [Judge signature] USDJ 1/8/19

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, THE INDEPENDENCE PROJECT, INC. and JOHN MEGGS, and the Defendant, BLUM ASSOCIATES, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

/s/ Jon G Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
100 S. 4th St., Suite 550
St. Louis, MO 63102
Tel:  (314) 279-7416
Fax: (314) 898-4053
js@shadingerlaw.com
*Attorney for Plaintiffs*

Date: January 4, 2019

/s/ Marc D. Goldstein
Marc D. Goldstein, Esq.
Stinson, Leonard, Street, LLP
7770 Forsyth Blvd, Suite 1100
St. Louis, MO 63105
Tel:  (314) 259-4535
Fax: (314) 259-3909
marc.goldstein@stinson.com
*Attorneys for Defendant*

Date: January 4, 2019